JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN BAUTISTA, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>v.<br><br>AHERN RENTALS, INC., a Nevada Company; and DOES 1 through 100, inclusive;<br><br>Defendants. | Case No.: 2:19-cv-05497-RGK-JEM<br><br>Honorable R. Gary Klausner<br>Courtroom 850<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL**<br><br>Complaint Filed: May 20, 2019<br>Case Removed:  June 24, 2019<br>Trial Date:     December 15, 2020 |

## ORDER OF DISMISSAL

The Court, having reviewed the Stipulation of Dismissal filed by the Parties in this case, dismisses the entire action without prejudice. Each party shall bear its own attorney's fees and costs.

DATED: May 12, 2020    /s/ Gary Klausner
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

1    [PROPOSED] ORDER GRANTING DISMISSAL
2:19-cv-05497-RGK-JEM